# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1601
Lower Tribunal No. F11-3034

————————

**Joshua Everett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Joshua Everett, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.